UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 3641**

| | |
|---|---|
| GETTY IMAGES (US), INC., Plaintiff, -v- FIRST NATIONAL BANK OF LONG ISLAND, Defendant. | Case No. _____ **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for GETTY IMAGES (US), INC., _____ (a private non-government party)

certifies that said party has no corporate parents and no publicly held company owns 10 % or more of said party.

Date: 4/15/08

Signature of Attorney

Attorney Bar Code: KB-9077