5/23/08

SCHUPBACH, WILLIAMS & PAVONE LLP
ATTORNEYS AT LAW

IOIO FRANKLIN AVENUE · SUITE 300
GARDEN CITY, NEW YORK II530

ARTHUR C. SCHUPBACH
MICHAEL D. PAVONE
PAUL R. WILLIAMS

May 22, 2008

VIA FEDERAL EXPRESS

TELEPHONE
(516) 742-0888

FACSIMILE
(516) 742-4211

WRITER'S E-MAIL
acs@swplaw.com

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Getty Images (U.S.) Inc. v.
      The First National Bank of Long Island
      08 CV 3641(RMV)

Dear Judge Berman:

This firm represents the defendant in the captioned action.

We are writing to request an adjournment of the initial pre-trial conference, currently scheduled for May 27, 2008 at 9:00 AM, to June 9 or 10, 2008.

Karen Bekker, attorney for the plaintiff, has informed us that she has no objection to the request.

In accordance with my conversation with Mr. Moskowitz this afternoon, I am sending this letter by Federal Express.

No prior request for an adjournment has been submitted.

We respectfully request that you advise the undersigned of the date selected by the Court.

Respectfully submitted,

SCHUPBACH, WILLIAMS & PAVONE LLP
Attorneys for Defendant

SO ORDERED:

Application granted.
Conference adjourned
to 6/10/08 at 9:00 a.m.

By: _____
    Arthur C. Schupbach

ACS:lan

cc:   Karen Bekker, Esq. - Via Fax (#212-818-9606) and Email
      Satterlee, Stephens, Burke & Burke LLP
      230 Park Avenue
      New York, NY 10169-0079

Richard M. Berman

5/23/08

S:\ACS Docs\FNBLI Files\FNBLI\Getty Images\Berman.Hon.doc