UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GETTY IMAGES, INC.,

                Plaintiff,

    - against -

FIRST NATIONAL BANK OF
LONG ISLAND,

               Defendant.
------------------------------------------------------------x

JUN 10 2008

08 Civ. 3641 (RMB)

**ORDER OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

        Based upon the Defendant's letter, dated June 9, 2008, indicating that the parties have reached a settlement agreement, it is hereby

        **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendant may apply, on or before July 10, 2008 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
       June 10, 2008

                                                        /RMB/
                                          Richard M. Berman, U.S.D.J.